No. 973. HOWARTH *v.* HOWARTH. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Lawrence M. Cahill* for petitioner.

No. 984. ASPEN PICTURES, INC., *v.* OCEANIC STEAMSHIP CO. ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Leonard Horwin* for petitioner. *Gregory A. Harrison* and *Marion B. Plant* for respondents.

No. 990. GERSHENHORN ET AL. *v.* WALTER R. STUTZ ENTERPRISES ET AL. Supreme Court of Nevada. Certiorari denied. *Herbert Jones* and *Alvin Gershenson* for petitioners. *W. Bruce Beckley* for respondents.

No. 1000. MARTINEZ ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 1055. TURNER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin* for the United States.

No. 763, Misc. CURTIS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioners. *Solicitor General Rankin* for the United States.